Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 98 C 6243 | DATE | 6/26/2000 |
| CASE TITLE | Advanced Interactive, Inc. vs. Matsushita, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Judgment Order granting agreed motion to entry of judgment. The Court makes an express determination that there is no just reason for delay of entry of final judgment as to these defndants, and hereby directs entry of judgment of noninfringement as to the following defendants: Matsushita Electric Corporation of America; Matsushita Electric Industrial Co., Ltd; Sharp Electronics; Sharp Corporation; Interactive Channel Technologies; Thomson Consumer Electronics Inc.; Toshiba Consumer Products, Inc.; Toshiba America, Inc.; Toshiba Corporation; General Instrument Corp.; Scientific Atlanta Inc.; ATI Technologies Inc.; Gateway 2000 Inc.; STB Systems Inc.; Hauppauge Computer Works Inc.; WorldGate Communications Inc.; and Toshiba America Consumer Products Inc. All remaining issues raised in the claims, counterclaims and pleadings of these parties are moot.
(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | JUN 2 7 2000 date docketed | |
| ✓ | Docketing to mail notices. | | 187 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| RJ | courtroom deputy's initials | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCED INTERACTIVE, INC. ) | Civil Action |
| Plaintiff, ) | No. 98 C 6243 |
| ) | |
| v. ) | Hon. Joan B. Gottschall |
| ) | Mag. Judge Edward A. Bobrick |
| MATSUSHITA ELECTRIC CORPORATION, ) | |
| et al., ) | |
| Defendants. ) | |

DOCKETED
JUN 2 7 2000

## JUDGMENT

Based upon the Memorandum Opinion and Order dated February 17, 2000, which interprets certain disputed terms in asserted claims 1 and 7 of United States Patent No. 4,426,698, and based further upon Plaintiff's stipulation that under the claim interpretation provided by the Court neither the construed elements of each asserted claim as marked on the attached Exhibits A – J (which are incorporated herein by reference and made part of this judgment) nor their equivalents are present in the products or methods of the identified defendants, final judgment of noninfringement of the asserted claims 1 and 7 of United States Patent No. 4,426,698 is hereby entered by the Court as to these defendants. Nothing herein, however, shall limit or prevent plaintiff Advanced Interactive's right to appeal the Court's Opinion and Order of February 17, 2000, which forms the basis for this judgment.

The Court makes an express determination that there is no just reason for delay of entry of final judgment as to these defendants, and hereby directs entry of judgment of noninfringement as to the following defendants: Matsushita Electric Corporation of America; Matsushita Electric Industrial Co., Ltd; Sharp Electronics Corporation; Sharp Corporation;

187

Interactive Channel Technologies; Thomson Consumer Electronics Inc.; Toshiba Consumer Products, Inc.; Toshiba America, Inc.; Toshiba Corporation; General Instrument Corp.; Scientific Atlanta Inc.; ATI Technologies Inc.; Gateway 2000 Inc.; STB Systems Inc.; Hauppauge Computer Works Inc.; WorldGate Communications Inc.; and Toshiba America Consumer Products Inc.

All remaining issues raised in the claims, counterclaims and pleadings of these parties are moot.

SO ENTERED:

Dated: 6/26/00

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADVANCED INTERACTIVE, INC. | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | No. 98 C 6243 |
| | ) | |
| v. | ) | Hon. Joan B. Gottschall |
| | ) | Mag. Judge Edward A. Bobrick |
| MATSUSHITA ELECTRIC CORPORATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### EXHIBIT A
### PLAINTIFF'S STIPULATION
### OF NONINFRINGEMENT AS TO MATSUSHITA ELECTRIC CORPORATION OF AMERICA, MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD., SHARP ELECTRONICS CORPORATION, SHARP CORPORATION, TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS

Plaintiff stipulates that, based on the Court's claim construction set forth in the Court's Memorandum Opinion and Order signed February 17, 2000, the claim elements identified below with a check mark are not present in the accused products and/or methods of Matsushita Electric Corporation Of America, Matsushita Electric Industrial Co. Ltd., Sharp Electronics Corporation, Sharp Corporation, Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products. Plaintiff and Defendants have not agreed as to the unchecked elements.

Claim element 1(a)  _____

Claim element 1(e)  ____✓____

Claim element 7(e)  _____

Claim element 7(j)  ____✓____

Dated: 20 Jun 2000

_____
Counsel for Plaintiff

1