# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 6243 | **DATE** | 10/9/2001 |
| **CASE TITLE** | Advanced Interactive, Inc., vs. WebTV Networks, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Agreed Order of Dismissal. Advanced Interactive, Inc. and WebTV Networks, Inc., have agreed to dismiss all claims and counterclaims that were brought or which could have been brought by them in this civil action. It is hereby ordered, adjudged and decreed that all claims are dismissed with prejudice; all counterclaims of WebTV are hereby dismissed as moot. Each party shall bear its own costs and attorney's fees. All pending dates are terminated as moot.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | **OCT 1 5 2001** | |
| | Notified counsel by telephone. | | date docketed | 201 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | FOR DOCKETING 01 OCT 12 PM 3: 20 | | |
| RJ | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCED INTERACTIVE, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> WEBTV NETWORKS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 98 C 6243 <br><br> Honorable Joan B. Gottschall <br> Mag. Judge Edward A. Bobrick |

### AGREED ORDER OF DISMISSAL

This action comes before the Court on the pleadings and proceedings of record and it has been represented to the Court that Advanced Interactive, Inc. ("AII"), and WebTV Networks, Inc. ("WebTV"), have agreed to dismiss all claims and counterclaims that were brought or which could have been brought by them in this Civil Action.

WHEREFORE, with the consent of AII and WebTV, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

1. All claims of AII are hereby dismissed with prejudice; all counterclaims of WebTV are hereby dismissed as moot.

2. Each party shall bear its own costs and attorneys' fees.

ENTERED: _October 19, 2001_  _____
Honorable Joan B. Gottschall